UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LAUREL D. LIBBY, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Civil Docket  No: 1:25-CV-83 |
| v. | ) | |
| | ) | |
| RYAN M. FECTEAU, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from

presiding over the proceedings in this matter.

SO ORDERED.


/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 11th day of March, 2025.