UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LAUREL D. LIBBY, et al | ) |
| | ) |
| | ) |
| v. | ) Civil Docket No.: 1:25-CV-83 |
| | ) |
| | ) |
| RYAN M. FECTEAU, et al | ) |

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

SO ORDERED.

    /s/ John A. Woodcock, Jr.
    JOHN A. WOODCOCK, JR.
    UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2025.