UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **LAUREL D. LIBBY, State Representative of Maine House 90, RONALD P. LEBEL, WENDY MUNSELL, JASON LEVESQUE, BERNICE FRASER, RENE FRASER, and DONALD DUBUC,** <br>     Plaintiff(s), <br><br> v. <br><br> **RYAN M. FECTEAU, in his official capacity as Speaker of the House of Representatives, and ROBERT B. HUNT, in his official capacity as Speaker of the House,** <br>     Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 1:25-CV-83 |

**ORDER**

All of the judges in this district have recused themselves from presiding over this case. Accordingly, the case shall be referred to the District of Rhode Island, sitting by designation, the assigned judge is authorized to hold court within this district and perform any judicial function required of a judge of this district as set forth in 28 U.S.C. § 296. Jurisdiction over the case remains with the District of Maine, United States District Court.

The recusal of all the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

Dated: March 12, 2025                                         /s/ Lance E. Walker
                                                              Chief U.S. District Judge

cc:    Hanorah Tyer-Witek, Clerk, USDC – Rhode Island
       Counsel of Record