UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **LAUREL D. LIBBY, State Representative of Maine House 90, RONALD P. LEBEL, WENDY MUNSELL, JASON LEVESQUE, BERNICE FRASER, RENE FRASER, and DONALD DUBUC,**<br>　　Plaintiff(s),<br><br>v.<br><br>**RYAN M. FECTEAU, in his official capacity as Speaker of the House of Representatives, and ROBERT B. HUNT, in his official capacity as Speaker of the House**<br>　　Defendants (s), | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 1:25-CV-83<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CONCURRING ORDER**

I concur that Melissa R. DuBose, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Patrica A. Sullivan is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

/s/ John J. McConnell, Jr.
Chief U.S. District Judge, Assignee District

Dated: March 12, 2025

cc:　　Christa K. Berry, Clerk, USDC - Maine
　　　　Counsel of Record