**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| LAUREL D. LIBBY, State Representative of Maine House District 90, RONALD P. LEBEL, WENDY MUNSELL, JASON LEVESQUE, BERNICE FRASER, RENE FRASER, and DONALD DUBUC, | |
| Plaintiffs, | Case No. 1:25-cv-83-MRD |
| v. | |
| RYAN M. FECTEAU, in his official capacity as Speaker of the Maine House of Representatives, and ROBERT B. HUNT, in his official capacity as Clerk of the House, | EXPEDITED RELIEF SOUGHT |
| Defendants. | |

**PLAINTIFFS' CONSENT MOTION FOR SCHEDULING ORDER**

Plaintiffs Laurel D. Libby, Ronald P. Lebel, Wendy Munsell, Jason Levesque, Bernice Fraser, Rene Fraser, and Donald Dubuc move this court for a scheduling order on the pending motion for preliminary injunction (Doc. 8).

1.      The parties have conferred about a proposed briefing schedule and have agreed to the following:

   a.      Defendants shall file their response to Plaintiffs' motion for preliminary injunction by April 1, 2025.

   b.      Plaintiffs shall file a reply in support of their motion by April 4, 2025.

2.      Plaintiffs request a hearing and decision on the preliminary injunction as soon as the Court's calendar allows, given that the legislative session is ongoing and Plaintiffs allege ongoing harm to Representative Libby and her constituents. Plaintiffs and Defendants have conferred, and all parties

1

can be available for a hearing between April 4 and April 9, 2025, if the Court is available on any of

those days. The parties anticipate two hours would be sufficient time for a hearing in this matter.


Dated: March 13, 2025                                     Respectfully submitted,


                                                         /s/ *Patrick Strawbridge*
Taylor A.R. Meehan*                                      Patrick Strawbridge (Bar No. 10024)
Daniel M. Vitagliano*†                                     *Lead Counsel*
Marie E. Sayer**†                                        Consovoy McCarthy PLLC
Consovoy McCarthy PLLC                                    Ten Post Office Square
1600 Wilson Blvd., Suite 700                             8th Floor South PMB #706
Arlington, VA 22209                                      Boston, MA 02109
(703) 243-9423                                           (703) 243-9423
taylor@consovoymccarthy.com                             patrick@consovoymccarthy.com
dvitagliano@consovoymccarthy.com
mari@consovoymccarthy.com

*Admitted pro hac vice
**Certificate for admission *pro hac vice* forth-
coming
†Supervised by principals of the firm admitted
to practice in VA


                              *Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed this document on the CM/ECF

filing system, which will notify all counsel of record.

/s/ *Patrick Strawbridge*