## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

LAUREL D. LIBBY, State Representative of
Maine House District 90, RONALD P.
LEBEL, WENDY MUNSELL, JASON
LEVESQUE, BERNICE FRASER, RENE
FRASER, and DONALD DUBUC,

    Plaintiffs,

               v.

RYAN M. FECTEAU, in his official capacity
as Speaker of the Maine House of Representa-
tives, and ROBERT B. HUNT, in his official
capacity as Clerk of the House,

    Defendants.

Case No. 1:25-cv-83-MRD

## PLAINTIFFS' <u>EMERGENCY</u> NOTICE OF APPEAL

      Plaintiffs Laurel D. Libby, Ronald P. Lebel, Wendy Munsell, Jason Levesque, Bernice Fraser,

Rene Fraser, and Donald Dubuc appeal this Court's order denying Plaintiffs' motion for preliminary

injunction, entered April 18, 2025, ECF No. 39, to the U.S. Court of Appeals for the First Circuit.

Dated: April 18, 2025

Respectfully submitted,

/s/ *Patrick N. Strawbridge*
Patrick N. Strawbridge (Bar No. 10024)
  *Lead Counsel*
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

Taylor A.R. Meehan*
Daniel M. Vitagliano*†
Marie E. Sayer*†
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
taylor@consovoymccarthy.com
dvitagliano@consovoymccarthy.com
mari@consovoymccarthy.com

*Admitted *pro hac vice*

†Supervised by principals of the firm
admitted to practice in VA

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I electronically filed a true and correct copy of Plaintiffs'

reply in support of motion for preliminary injunction through the Court's CM/ECF system, which

will provide service to all parties.

/s/ *Patrick N. Strawbridge*