OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
202 HARLOW STREET
BANGOR, MAINE 04401

OFFICIAL BUSINESS

BOSTON MA 020

PATRICK N. STRAWBRIDGE
CONSOVOY MCCARTHY PLLC
TEN POST OFFICE SQUARE
8TH FLOOR SOUTH PMB 706
BOSTON, MA 02109

NIXIE    015  DE 1           7206/17/25
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 04401490199      *1421-04901-21-33