# United States Court of Appeals
## For the First Circuit

No. 25-1385

LAUREL D. LIBBY; RONALD P. LEBEL; WENDY MUNSELL; JASON LEVESQUE; BERNICE FRASER; RENE FRASER; DONALD DUBUC,

Plaintiffs - Appellants,

v.

RYAN M. FECTEAU, in the official capacity as Speaker of the Maine House of Representatives; ROBERT B. HUNT, in the official capacity as Clerk of the House,

Defendants - Appellees.

**MANDATE**

Entered: August 13, 2025

In accordance with the judgment of July 22, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Melissa R. DuBose
Eric M. Storms, Acting Clerk, United States District Court for the District of Maine
Jonathan Richard Bolton
Harmeet K. Dhillon
Matthew J. Donnelly
Taylor A.R. Meehan
Robert J. Morris II
Kimberly Leehaug Patwardhan
Marc John Randazza
Marie E. Sayer
Patrick N. Strawbridge
Daniel M. Vitagliano
Jay Marshall Wolman